PS 8
(8/88)

FILED BY ____ D.C.

# United States District Court
## for
## Western District of Tennessee

05 MAY 11 PM 2:55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. Jennifer Tucker

Docket No. 03-20434-002 Ma

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Loretta Fleming presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, TN, on the 21th day of November, 2003 under the following conditions:

1. Report to Pretrial Services as directed
2. Travel restricted to the Western District of Tennessee without prior approval of Pretrial Services
3. Refrain from possessing a firearm, destructive device, or other dangerous weapon
4. Refrain from excessive use of alcohol
5. Refrain from use or unlawful possession of a narcotic drug or other controlled substance
6. Submit to any method of testing required by the Pretrial Services office
7. Participate in a program of inpatient or outpatient substance abuse testing, if deemed advisable by Pretrial Services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

**Refrain from unlawful possession or use of a narcotic drug or other controlled substance**
Jennifer Tucker was referred for outpatient drug treatment at the Alcohol & Chemical Abuse Rehab Center (ACAR) on April 23, 2004. She adjusted satisfactorily to drug treatment and completed the requirements of her action plan on September 30, 2004. Defendant Tucker tested positive for marijuana on March 16, 2005, and April 20, 2005. These tests were confirmed by Kroll Laboratory Specialists.

**The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.**
Ms. Tucker was arrested by the Memphis Police Department on February 19, 2005, for Driving While License Sus/Rev/Can and Violation of Vehicle Registration Law. This case is set for court June 1, 2005.

PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT FOR THE DEFENDANT TO APPEAR AND TO SHOW CAUSE AS TO WHY HER BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this 11 day of May, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

_Loretta Fleming_
U.S. Pretrial Services Officer

Place     Memphis, TN
Date      May 9, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-12-05

83

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:03-CR-20434 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT