IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. NO. 03-20434 |
| | * | |
| JENNIFER TUCKER | * | |

## ORDER HOLDING DEFENDANT FOR REVOCATION HEARING

On May 19, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his/her probation/supervised release in this matter. The defendant was or had previously been advised of his/her rights under FRCrP 5 and 32.1(a)(1) and appeared with counsel, Edwin Perry for Ned Germany who was appointed.

At this hearing, the Court, after hearing proof, concluded that probable cause was established that the defendant had violated the terms and conditions of her pretrial release.

Accordingly, defendant is held to a revocation hearing before the United States Magistrate Judge to whom this case is referred. A revocation hearing pursuant to FRCrP 32.1(a)(2), is set for **Monday, June 6 at 9:30 a.m.** before Magistrate Judge Tu M. Pham in Courtroom #6, Third Floor of the Federal Courthouse, Memphis, Tennessee.

IT IS SO ORDERED this _19th_ day of May, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _5-19-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:03-CR-20434 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT