IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

VS.                                      NO. 03-20434-Ma

JENNIFER TUCKER,

    Defendant.

---

ORDER ON CHANGE OF PLEA
AND SETTING

---

    This cause came to be heard on June 14, 2005, the United States Attorney for this district, David Charles Henry, appearing for the government and the defendant, Jennifer Tucker, appearing in person and with counsel, Needum Louis Germany, III.

    With leave of court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 3 of the Indictment.

    Plea colloquy was held and the court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **THURSDAY, SEPTEMBER 15, 2005, at 9:00 A.M., in Courtroom No. 2, on the 11th floor before Judge Samuel H. Mays, Jr.**

    Defendant is allowed to remain released on the present bond.

    **ENTERED** this ___ day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-16-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:03-CR-20434 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT