FILED BY ╱⎯ D.C.

05 OCT 19 AM 9:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### Western Division

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          Case No. 03-20434

Jennifer Tucker

## ORDER REFUNDING CASH APPEARANCE BOND

    This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

    IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $250.00, payable to Victor Howard at 2587 Sparks, Memphis, Tn 38106 in full refund of the cash appearance bond posted herein.

                                            _/s/_

                                    United States District Judge

Approved.
Thomas M. Gould, Clerk of Court
BY: _/s/_
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-21-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 120 in case 2:03-CR-20434 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT